```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 17-00806-RNO
Alfred Clinton Hartley                                                   Chapter 13
         Debtor             CERTIFICATE OF NOTICE
District/off: 0314-1          User: MMchugh               Page 1 of 2                  Date Rcvd: Apr 07, 2017
                              Form ID: ntnew341           Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2017.
```
db              +Alfred Clinton Hartley,    94 Ray Paula Drive,    Shrewsbury, PA 17361-1408
4890613         +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro NC 27420-6012
4890616         +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                  S Louis MO 63179-0040
4890617         +Coventry Credit Union,    1076 Main St,    Coventry RI 02816-5701
4890618         +Credit First National Assoc,    Attn: BK Credit Operations,    Po Box 81315,
                  Cleveland OH 44181-0315
4890619         +Jh Portfolio Debt Equities LLc,    5757 Phantom Dr Ste 225,    Hazelwood MO 63042-2429
4891452         +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4890621          Pennymac Loan Services,    Attn: Bankruptcy,    Po Box 514357,    Los Angeles CA 90051
4890624         +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis MN 55440-9475
4890625         +Trac/cbsd,    Citicorp Credit/Centralized Bankruptcy,    Po Box 20363,
                  Kansas City MO 64195-0363
4890626         +Usaa Federal Savings Bank,    10750 Mcdermott Freeway,    San Antonio TX 78288-1600
4901831         +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
4901830         +VW Credit, Inc.(see 410),    PO Box 9013,    Addison, Texas 75001-9013
4890611         +York Adams Tax Claim Bureau,    PO BOX 15627,    York PA 17405-0156
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4890612         +E-mail/Text: ally@ebn.phinsolutions.com Apr 07 2017 18:53:44     Ally Financial,
                  Po Box 380901,    Bloomington MN 55438-0901
4901220          E-mail/Text: ally@ebn.phinsolutions.com Apr 07 2017 18:53:44     Ally Financial,
                  PO Box 130424,    Roseville MN 55113-0004
4890614         +E-mail/Text: bankruptcy@cavps.com Apr 07 2017 18:54:01     Calvary Portfolio Services,
                  500 Summit Lake Ste 400,    Valhalla NY 10595-2322
4890615         +E-mail/Text: bankruptcy@usecapital.com Apr 07 2017 18:54:15     Capital Accounts,
                  Po Box 140065,    Nashville TN 37214-0065
4890610          E-mail/Text: cio.bncmail@irs.gov Apr 07 2017 18:53:46     IRS Centralized Insolvency Oper.,
                  PO Box 21126,    Philadelphia PA 19114-0326
4890620         +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 07 2017 18:53:45     Kohls/Capital One,
                  Kohls Credit,    Po Box 3043,    Milwaukee WI 53201-3043
4891267          E-mail/Text: bnc-quantum@quantum3group.com Apr 07 2017 18:53:50
                  Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                  Kirkland, WA  98083-0788
4905148          E-mail/Text: bnc-quantum@quantum3group.com Apr 07 2017 18:53:51
                  Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
                  Kirkland, WA  98083-0788
4890623         +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2017 18:55:38     Syncb/wolf Furniture,
                  Po Box 965064,    Orlando FL 32896-5064
4890627         +E-mail/Text: vci.bkcy@vwcredit.com Apr 07 2017 18:53:59     Volkswagen Credit, Inc,    Po Box 3,
                  Hillsboro OR 97123-0003
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4890622        ##+Security Check,    2612 Jackson Ave W,    Oxford MS 38655-5405
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2017                                      Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Dawn Marie Cutaia    on behalf of Debtor Alfred Clinton Hartley dmcutaia@gmail.com,
           cutaialawecf@gmail.com
          Jill  Manuel-Coughlin    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC jill@pkjllc.com,
           chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 4
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Alfred Clinton Hartley
Debtor(s)

Chapter 13

Case No. 1:17−bk−00806−RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: May 18, 2017<br>Time: 11:00 AM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108
(717) 901−2800

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: MMchugh

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: April 7, 2017