

Dawn Cutaia <dmcutaia@gmail.com>

# U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Alfred Clinton Hartley, Case Number: 17-00806, RNO, Ref: [p-105811662]

1 message

**USBankruptcyCourts@noticingcenter.com** <USBankruptcyCourts@noticingcenter.com>  Mon, Mar 20, 2017 at 8:05 PM
To: dmcutaia@gmail.com

Notice of Returned Mail to Debtor/Debtor's Attorney

March 20, 2017

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Alfred Clinton Hartley, Case Number 17-00806, RNO

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court</u>
<u>Ronald Reagan Federal Building</u>
<u>PO Box 908</u>
<u>Harrisburg, PA 17108</u>

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Trac/cbsd
Citicorp Credit/Centralized Bankruptcy
Po Box 20363
Kansas City MO 64195-0363

THE UPDATED ADDRESS IS:

Citibank Customer Service P.O. Box 6500 Sioux Falls, SD 57117

_____     _____
Signature of Debtor or Debtor's Attorney                                            5/29/2017
                                                                                                        Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

R_P1170080630910022.PDF
10K