In re:                                                              Case No. 17-00806-RNO
Alfred Clinton Hartley                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: MMchugh     Page 1 of 2     Date Rcvd: Jul 31, 2017
                    Form ID: ntcnfhrg     Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2017.
```
db             +Alfred Clinton Hartley,    94 Ray Paula Drive,    Shrewsbury, PA 17361-1408
4890613       #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro NC 27420-6012
4922590        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4938648         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
4890625        +Citibank Customer Service,    PO Box 6500,    Sioux Falls, SD 57117-6500
4890616        +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis MO 63179-0040
4890617        +Coventry Credit Union,    1076 Main St,    Coventry RI 02816-5701
4913709         Credit First NA,    PO Box 818011,    Cleveland, OH  44181-8011
4890618        +Credit First National Assoc,    Attn: BK Credit Operations,    Po Box 81315,
                 Cleveland OH 44181-0315
4890619        +Jh Portfolio Debt Equities LLc,    5757 Phantom Dr Ste 225,    Hazelwood MO 63042-2429
4891452        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4925424        +PennyMac Loan Services, LLC,    6101 Condor Drive, Suite 200,    Moorpark, CA 93021-2602
4890621         Pennymac Loan Services,    Attn: Bankruptcy,    Po Box 514357,    Los Angeles CA 90051
4890624        +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis MN 55440-9475
4890626        +Usaa Federal Savings Bank,    10750 Mcdermott Freeway,    San Antonio TX 78288-1600
4901831        +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
4901830        +VW Credit, Inc.(see 410),    PO Box 9013,    Addison, Texas 75001-9013
4890611        +York Adams Tax Claim Bureau,    PO BOX 15627,    York PA 17405-0156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4890612        +E-mail/Text: ally@ebn.phinsolutions.com Jul 31 2017 19:04:37     Ally Financial,
                 Po Box 380901,    Bloomington MN 55438-0901
4901220         E-mail/Text: ally@ebn.phinsolutions.com Jul 31 2017 19:04:37     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
4916209        +E-mail/Text: bnc@atlasacq.com Jul 31 2017 19:05:13     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
4890614        +E-mail/Text: bankruptcy@cavps.com Jul 31 2017 19:05:43     Calvary Portfolio Services,
                 500 Summit Lake Ste 400,    Valhalla NY 10595-2322
4890615        +E-mail/Text: bankruptcy@usecapital.com Jul 31 2017 19:06:08     Capital Accounts,
                 Po Box 140065,    Nashville TN 37214-0065
4942688        +E-mail/Text: bankruptcy@cavps.com Jul 31 2017 19:05:43     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4890610         E-mail/Text: cio.bncmail@irs.gov Jul 31 2017 19:05:17     IRS Centralized Insolvency Oper.,
                 PO Box 21126,    Philadelphia PA 19114-0326
4890620        +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 31 2017 19:05:14     Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee WI 53201-3043
4944006         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2017 19:18:48
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4891267         E-mail/Text: bnc-quantum@quantum3group.com Jul 31 2017 19:05:23
                 Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                 Kirkland, WA  98083-0788
4905148         E-mail/Text: bnc-quantum@quantum3group.com Jul 31 2017 19:05:24
                 Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
4890623        +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2017 19:10:27     Syncb/wolf Furniture,
                 Po Box 965064,    Orlando FL 32896-5064
4911827        +E-mail/Text: bncmail@w-legal.com Jul 31 2017 19:05:40     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4907716        +E-mail/Text: bncmail@w-legal.com Jul 31 2017 19:05:40     USAA SAVINGS BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4931079        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 31 2017 19:18:56     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
4890627        +E-mail/Text: vci.bkcy@vwcredit.com Jul 31 2017 19:05:39     Volkswagen Credit, Inc,    Po Box 3,
                 Hillsboro OR 97123-0003
                                                                                              TOTAL: 16
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4939581*       +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
4890622       ##+Security Check,    2612 Jackson Ave W,    Oxford MS 38655-5405
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2017 at the address(es) listed below:
```
              Atlas Acquisitions LLC    bk@atlasacq.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor Alfred Clinton Hartley dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James    Warmbrodt    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              Jill   Manuel-Coughlin    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 6
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Alfred Clinton Hartley
Debtor(s)

Chapter 13

Case No. 1:17−bk−00806−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **August 30, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: September 6, 2017 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MMchugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 31, 2017 |