UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: ALFRED CLINTON HARTLEY | CASE NO: 1:17-bk-00806-RNO |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 8/30/2017, I did cause a copy of the following documents, described below,

Notice of Hearing date and objection deadline and first amended plan,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 8/30/2017

/s/ Dawn Cutaia
Dawn Cutaia  77965
Cutaia Law, LLC
115 E Philadelphia St
York, PA  17401
717 304 1841
cutaialaw@gmail.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ALFRED CLINTON HARTLEY

CASE NO: 1:17-bk-00806-RNO

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 8/30/2017, a copy of the following documents, described below,

Notice of Hearing date and objection deadline and first amended plan,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/30/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Cutaia Law, LLC
Dawn Cutaia
115 E Philadelphia St
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1 LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-17-BK-00806-RNO
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
WED AUG 30 09-24-39 EDT 2017

2 ALLY FINANCIAL
PO BOX 130424
ROSEVILLE MN 55113-0004

3 ALLY FINANCIAL
PO BOX 380901
BLOOMINGTON MN 55438-0901

4 ATLAS ACQUISITIONS LLC
294 UNION STREET
HACKENSACK NJ 07601-4303

5 BANK OF AMERICA
NC41050314
PO BOX 26012
GREENSBORO NC 27420-6012

6 BANK OF AMERICA NA
P O BOX 982284
EL PASO TX 79998-2284

7 CALVARY PORTFOLIO SERVICES
500 SUMMIT LAKE STE 400
VALHALLA NY 10595-2322

8 CAPITAL ACCOUNTS
PO BOX 140065
NASHVILLE TN 37214-0065

9 CAPITAL ONE NA
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

10 CAVALRY SPV I LLC
500 SUMMIT LAKE DRIVE STE 400
VALHALLA NY 10595-1340

11 CITIBANK CUSTOMER SERVICE
PO BOX 6500
SIOUX FALLS SD 57117-6500

12 CITIBANKTHE HOME DEPOT
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790040
S LOUIS MO 63179-0040

13 COVENTRY CREDIT UNION
1076 MAIN ST
COVENTRY RI 02816-5701

14 CREDIT FIRST NA
PO BOX 818011
CLEVELAND OH 44181-8011

15 CREDIT FIRST NATIONAL ASSOC
ATTN BK CREDIT OPERATIONS
PO BOX 81315
CLEVELAND OH 44181-0315

*EXCLUDE*

~~16 DAWN MARIE CUTAIA~~
~~CUTAIA LAW LLC~~
~~115 EAST PHILADELPHIA STREET~~
~~YORK~~
~~YORK PA 17401-2437~~

17 CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

*DEBTOR*

18 ALFRED CLINTON HARTLEY
94 RAY PAULA DRIVE
SHREWSBURY PA 17361-1408

19 IRS CENTRALIZED INSOLVENCY OPER
PO BOX 21126
PHILADELPHIA PA 19114-0326

20 JH PORTFOLIO DEBT EQUITIES LLC
5757 PHANTOM DR STE 225
HAZELWOOD MO 63042-2429

21 KOHLSCAPITAL ONE
KOHLS CREDIT
PO BOX 3043
MILWAUKEE WI 53201-3043

22 JILL MANUEL COUGHLIN
POWERS KIRN ASSOCIATES LLC
EIGHT NESHAMINY INTERPLEX
SUITE 215
TREVOSE PA 19053-6980

23 PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

24 PENNYMAC LOAN SERVICES LLC
6101 CONDOR DRIVE SUITE 200
MOORPARK CA 93021-2602

25 PENNYMAC LOAN SERVICES
ATTN BANKRUPTCY
PO BOX 514357
LOS ANGELES CA 90051

26 PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

27 QUANTUM3 GROUP LLC AS AGENT FOR
CREDIT CORP SOLUTIONS INC
PO BOX 788
KIRKLAND WA 98083-0788

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

28 QUANTUM3 GROUP LLC AS AGENT FOR
JH PORTFOLIO DEBT EQUITIES LLC
PO BOX 788
KIRKLAND WA 98083-0788

29 SECURITY CHECK
2612 JACKSON AVE W
OXFORD MS 38655-5405

30 SYNCBWOLF FURNITURE
PO BOX 965064
ORLANDO FL 32896-5064

31 TD BANK USA NA
C O WEINSTEIN RILEY PS
2001 WESTERN AVENUE STE 400
SEATTLE WA 98121-3132

32 TARGET
CO FINANCIAL RETAIL SRVS
MAILSTOPN BT POB 9475
MINNEAPOLIS MN 55440-9475

33 USAA SAVINGS BANK
C O WEINSTEIN RILEY PS
2001 WESTERN AVENUE STE 400
SEATTLE WA 98121-3132

34 UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

35 USAA FEDERAL SAVINGS BANK
10750 MCDERMOTT FREEWAY
SAN ANTONIO TX 78288-1600

36 VW CREDIT LEASING LTD
CO VW CREDIT INC
PO BOX 9013
ADDISON TEXAS 75001-9013

37 VW CREDIT INCSEE 410
PO BOX 9013
ADDISON TEXAS 75001-9013

38 VERIZON
BY AMERICAN INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

39 VOLKSWAGEN CREDIT INC
PO BOX 3
HILLSBORO OR 97123-0003

40 JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541

41 YORK ADAMS TAX CLAIM BUREAU
PO BOX 15627
YORK PA 17405-0156