Certificate Number: 17082-PAM-DE-030535217

Bankruptcy Case Number: 17-00806


17082-PAM-DE-030535217

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2018, at 4:55 o'clock PM MST, ALFRED C HARTLEY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   February 6, 2018             By:   /s/Orsolya K Lazar

                                     Name: Orsolya K Lazar

                                     Title: Executive Director