UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Alfred Clinton Hartley<br>　　　　Debtor | Chapter 13 |
| Alfred Clinton Hartley<br>　　　　Movant | 1:17-bk-00806-HWV |
| | Motion to Suspend Payment |

## MOTION TO SUSPEND PAYMENTS

1. Debtor filed a Chapter 13 bankruptcy on February 28, 2017.
2. Debtor's trustee payment is 1,183.43.
3. Debtor is in a 100% plan.
4. Debtor recently had surgery on his shoulder and is not working but will be receiving workers compensation.
5. Debtor is not sure when his workers compensation will start, nor does he know when he will be able to go back to work.
6. Once Debtor's long term prognosis is known Debtor will amend his plan to either roll in the arrears caused by this three motion suspension, or lower his payment as appropriate, depending on his condition.
7. Debtor believes that three months should be a sufficient amount of time for a determination to be made about his long term prognosis.

WHEREFORE, Debtor respectfully request this Honorable Court allow him to suspend his trustee payment for the months of October, November, and December 2018.

11/8/2018

Respectfully Submitted:
/s/ Dawn M. Cutaia
Supreme Court ID 77965
Attorney for Debtor
717-304-1841

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Alfred Clinton Hartley<br>　　　Debtor | Chapter 13 |
| Alfred Clinton Hartley<br>　　　Movant | 1:17-bk-00806-HWV |
| | Motion to Suspend Payment |

**ORDER**

AND NOW, upon consideration of Debtors' Motion to Suspend Payment, said Motion is hereby granted and Debtor's Chapter 13 payment is suspended for the months of October, November, and December 2018.