# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Alfred Clinton Hartley<br>　　　　DEBTOR<br>Alfred Clinton Hartley<br>　　　　MOVANT | Chapter 13<br><br>1:17-bk-00806-HWV<br><br>Motion to Convert Chapter 13 to Chapter 7 |

## MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

**AND NOW**, this 7th day of March 2019, the Debtor, by and through his attorney, files this Motion to Convert Case to Chapter 7 and in support thereof states the following:

1. Debtor filed a Chapter 13 on February 28, 2017 and was in a 100% plan.
2. Even before filing bankruptcy, Debtor was suffering from physical and mental disabilities as a result of his military service and was struggling to maintain full-time employment.
3. Debtor filed a motion to suspend his Chapter 13 payments on November 29, 2018 and it was granted on December 26, 2018 because he was on temporary disability.
4. Debtor was recently released from his full-time employment as a result of being unable to perform the duties necessary for the job due to his disability.
5. Debtor is getting a full military disability retirement payment through the V.A.
6. Schedules I and J were amended and filed on February 25, 2019, showing Debtor's reduction in income.
7. Debtor no longer has disposable monthly income.

**WHEREFORE**, Debtor requests this Honorable Court convert his case to a Chapter 7.

Respectfully Submitted:
/s/ Dawn M. Cutaia

Supreme Court ID 77965
Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Alfred Clinton Hartley<br>　　　　DEBTOR | Chapter 13 |
| | 1:17-bk-00806-HWV |
| Alfred Clinton Hartley<br>　　　　MOVANT | Motion to Convert Chapter 13 to Chapter 7 |

## **ORDER**

Upon consideration of Debtor's Motion to Convert Case to a Proceeding under Chapter 7 pursuant to 11 U.S.C. § 1307 (a), **IT IS HEREBY**:

　　**ORDERED**, that the above-captioned case is converted to a proceeding under Chapter 7.