```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 17-00806-HWV
Alfred Clinton Hartley                                              Chapter 7
        Debtor                 CERTIFICATE OF NOTICE
District/off: 0314-1        User: MMchugh             Page 1 of 1          Date Rcvd: Mar 08, 2019
                            Form ID: pdf010           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2019.
db          +Alfred Clinton Hartley,   94 Ray Paula Drive,   Shrewsbury, PA 17361-1408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2019 at the address(es) listed below:
              Amanda Lindsay Rauer    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC
               amanda.rauer@pkallc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;harry.reese@pkallc.com
              Atlas Acquisitions LLC    bk@atlasacq.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Alfred Clinton Hartley dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Harry B Reese    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC harry.reese@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              James   Warmbrodt    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

| | |
|---|---|
| Alfred Clinton Hartley<br>　　　　DEBTOR<br><br>Alfred Clinton Hartley<br>　　　　MOVANT | Chapter 13<br><br>1:17-bk-00806-HWV<br><br>Motion to Convert Chapter 13 to Chapter 7 |

### ORDER

Upon consideration of Debtor's Motion to Convert Case to a Proceeding under Chapter 7 pursuant to 11 U.S.C. § 1307 (a), **IT IS HEREBY**:

　　**ORDERED**, that the above-captioned case is converted to a proceeding under Chapter 7.

Dated: March 8, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)