In re:  
Alfred Clinton Hartley  
    Debtor

Case No. 17-00806-HWV  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: MMchugh    Page 1 of 1    Date Rcvd: Jun 25, 2019  
Form ID: fnldec    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2019.  
db      +Alfred Clinton Hartley,    94 Ray Paula Drive,    Shrewsbury, PA 17361-1408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2019 at the address(es) listed below:

     Amanda Lindsay Rauer    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC amanda.rauer@pkallc.com,  
      chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com  
     Atlas Acquisitions LLC    bk@atlasacq.com  
     Dawn Marie Cutaia    on behalf of Debtor 1 Alfred Clinton Hartley dmcutaia@gmail.com, cutaialawecf@gmail.com;r46159@notify.bestcase.com  
     Harry B Reese    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC harry.reese@pkjllc.com,  
      chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
     James Warmbrodt    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com  
     Jill Manuel-Coughlin    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC jill@pkjllc.com,  
      chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
     Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com  
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov

     TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Alfred Clinton Hartley,
**Debtor 1**

Chapter 7

Case No. 1:17–bk–00806–HWV

Social Security No.:
xxx–xx–0326

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Steven M. Carr (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: June 25, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk

**fnldec** (05/18)